UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Timothy McLennan
3127 W. Gibson 4th Towers Jail
Phoenix Az 85009
P187690 T-3-B-4

Vs.

CIVIL

CASE NUMBER 1:06CV02056
JUDGE: Unassigned
DECK TYPE: Pro se General Civil
DATE STAMP: 11/30/2006

State of Arizona
Joseph M. Arpaio
Maricopa County Sheriff

**RECEIVED**
NOV 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## COMPLAINT

On November 3, 2006 I received mail from your court. Upon receiving that mail I notice in two places in front of envelope it was stamped in red ink by your court (OPEN IN PRESENCE OF INMATE) when I received this mail it had already been opened by M.C.S.O. staff and Taped Shut and this took place without me being present

1

Detention officer D. Vindila A# 7116 witness while passing out mail that the mail from your Clerks office was opened prior to me receiving it. At that time I filed a grievance form at that time Dentention officer A# 7116 signed it and Forward it to the mail room

In refference to Hart Vs Hill (Hart Vs MCSO) Ammended Judgement January 1995 Page 6 Paragraph 33 state this was Privileged Mail and Shall not be opened or otherwised interfered with: Such mail may be opened and Inspected in the presence of Pretrial Detainee Causing a violation of my rights also invasion of privacy

## RELIEF

A. I'm asking the court for the Relief in the Amount of $20,000.00 Dollars for thee violation of my consitutional Right and invasion of my privacy.

B. Request that Sheriff Josph M. Arpaio / Maricopa County be responsible for the cost of all filing / Court cost fee's

Timothy McLennan
3129 W. Gibson LN Towers Jail
Phoenix Arizona 85009 T-3-B-4

# INMATE GRIEVANCE FORM

Maricopa County Sheriff's Office
Joseph M. Arpaio, Sheriff

**To:** Highest level    **Received By:** D. Undueda A7116    **Date/Time:** 11-3-06 / 1540

**From:** Timothy McLendon  P# 7690  Towers  C-B-4  11-3-06
Inmate Name    Booking #    Facility    Cell/Room    Date

**I. Grievance (To be completed by Inmate):** Briefly describe your complaint and a proposed resolution.

I recieved legal mail from the United States district court for the district of Columbia on the legal mail in plain view mail is marked open in the presents of Inmate in 2 two places. When I recieved this mail it had been open by your staff without my presents. I'm not sure is your staff has been informed that this is a federal offence for people who open mail that is not addressed to them without the presents of the people that is addressed to are in jail for that reason. There is no resolution my privacies right have be Already violated And I'm taking this all the way to the Top

Tim McL              11-3-06
Inmate's Signature    Date

**II. Officer Action Taken:**

Forwarded on to mail room

D. Undueda    A7116    11-3-06 / 1540
Officer's Signature    A#    Date/Time

**III.** This complaint has been resolved informally by the line officer or withdrawn by the inmate.

_____    _____    _____
Inmate's Signature    Booking #    Date

**IV.** Shift Supervisor's action and receipt (informal): I have addressed the nature of the complaint of the above named inmate and have taken the following action:

_____
_____
_____                return yellow copy to inmate if resolved.

Shift Supervisor's Signature    Date/Time
_____ Forward to Hearing Officer for file (informally resolved).
_____ Forward to Hearing Officer as a formal grievance.

_____    _____    _____
Inmate's Signature    Booking #    Date

**V.** Bureau Hearing Officer's Response (formal): I have investigated the above grievance and have taken the following action:

_____
_____

**06 2056**
**FILED**
NOV 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Bureau Hearing Officer's Signature    Date/Time

_____    _____    _____
Inmate's Signature    Booking #    Date

**To Inmate:** If not satisfied with the Hearing Officer's resolution, submit an inmate Institutional Grievance Appeal Form within 48 hours of receipt to the Jail/Division Commander through the Hearing Officer.

WHITE - Return to the Hearing Officer upon response   YELLOW - Return to inmate with response   PINK - Retained by inmate upon submittal

5000-239 R5/97                                                                                                          0108098

```
11/07/06                      Inmate Account Statement                          Page: 1
21:27:59
================================================================================

Booking Number: P187690        Name: MCLENNAN, TIMOTHY SHANE

   Acct Number: P187690R       Type: REG - Regular Account
                             Status: OPN - Account Open

 .....Transaction......                                                     Acct
   Date      Time    Type Description              Amount         Balance    Sts
 --------------------------------------------------------------------------------
 06/29/06  07:36:10   I   Init. Funds Dep           $0.00           $0.00   OPN
 07/03/06  17:53:15   D   Deposit                  $40.00          $40.00   OPN
 07/04/06  17:17:23   D   Deposit                  $40.00          $80.00   OPN
 07/06/06  09:03:26   S   Canteen Sale            -$75.20           $4.80   OPN
 07/12/06  17:50:37   D   Deposit                  $40.00          $44.80   OPN
 07/13/06  07:51:51   S   Canteen Sale            -$43.55           $1.25   OPN
 07/20/06  07:59:31   S   Canteen Sale             -$1.20           $0.05   OPN
 07/25/06  11:38:42   D   Deposit                  $30.00          $30.05   OPN
 07/27/06  07:50:19   S   Canteen Sale            -$30.05           $0.00   OPN
 07/27/06  15:52:54   D   Deposit                  $20.00          $20.00   OPN
 07/29/06  08:23:30   D   Deposit                  $40.00          $60.00   OPN
 08/03/06  11:23:36   S   Canteen Sale             -$2.50          $57.50   OPN
 08/07/06  11:57:44   D   Deposit                  $30.00          $87.50   OPN
 08/10/06  05:55:54   S   Canteen Sale            -$59.35          $28.15   OPN
 08/15/06  01:52:20   D   Deposit                  $40.00          $68.15   OPN
 08/22/06  09:01:46   S   Canteen Sale            -$62.45           $5.70   OPN
 08/31/06  00:48:39   D   Deposit                  $30.00          $35.70   OPN
 09/03/06  02:31:44   D   Deposit                  $40.00          $75.70   OPN
 09/05/06  08:32:56   S   Canteen Sale            -$56.65          $19.05   OPN
 09/12/06  08:06:15   S   Canteen Sale            -$19.05           $0.00   OPN
 09/15/06  14:50:24   D   Deposit                  $40.00          $40.00   OPN
 09/18/06  10:50:01   H   Hlth Svcs CoPay         -$30.00          $10.00   OPN
 09/18/06  11:09:27   H   Hlth Svcs CoPay         -$10.00           $0.00   OPN
 09/19/06  11:37:19   D   Deposit                  $40.00          $40.00   OPN
 09/19/06  11:37:19   H   Hlth Svcs CoPay         -$10.00          $30.00   OPN
 09/26/06  08:02:40   S   Canteen Sale            -$23.45           $6.55   OPN
 10/03/06  08:09:55   S   Canteen Sale             -$3.75           $2.80   OPN
 10/09/06  18:42:52   D   Deposit                  $40.00          $42.80   OPN
 10/10/06  08:17:41   S   Canteen Sale            -$41.30           $1.50   OPN
 10/11/06  10:06:39   R   TRANS. REVERSAL          $20.00          $21.50   OPN
 10/11/06  10:07:06   H   Hlth Svcs CoPay         -$10.00          $11.50   OPN
 10/16/06  16:22:00   D   Deposit                  $40.00          $51.50   OPN
 10/17/06  10:01:02   S   Canteen Sale            -$40.40          $11.10   OPN
 10/24/06  10:02:58   S   Canteen Sale            -$11.10           $0.00   OPN
 10/25/06  15:26:37   D   Deposit                  $40.00          $40.00   OPN
 10/31/06  08:59:13   S   Canteen Sale            -$33.70           $6.30   OPN
 10/31/06  16:51:05   D   Deposit                  $40.00          $46.30   OPN
 11/06/06  16:20:48   H   Hlth Svcs CoPay         -$20.00          $26.30   OPN
 11/07/06  08:01:18   S   Canteen Sale            -$26.15           $0.15   OPN
 11/07/06  18:35:52   D   Deposit                  $40.00          $40.15   OPN
                                                  ------------
                         Ending Balance:           $40.15

*** NOTE: Funds available for self bond ==>==>==>==>==>==>==>         $40.15
          (Ending Balance) << OR >> 0

================================================================================
I hereby accept the above as an accurate statement of all transactions involving
my inmate account(s) while in custody of the Maricopa County Sheriff's Office.


    Inmate Signature:_____      Date:_____

============     * * *   E N D   O F   S T A T E M E N T   * * *    ============
```