UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Timothy McLennan,            )
                             )
    Plaintiff,               )
                             )
v.                           )   Civil Action No.   06 2056
                             )
State of Arizona *et al.*,   )
                             )
    Defendants.              )

TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a pretrial detainee at the Maricopa County Jail in Phoenix, Arizona. He sues the State of Arizona and Maricopa County Sheriff Joseph M. Arpaio for jail officials' alleged opening of his mail outside of his presence that was specifically labeled to be opened only in his presence. Plaintiff claims that defendants violated his constitutional rights and invaded his privacy. He seeks $20,000 in monetary damages.

The complaint reveals no connection to this judicial district. The events giving rise to the claims occurred in Phoenix, where the named defendant is located.[1] This venue therefore is not proper for litigating plaintiff's claims. S*ee* 28 U.S.C. § 1391(b) (designating the proper venue under the circumstances presented as the location where the defendant resides or a substantial part of the events occurred). The Court finds it in the interests of justice and judicial economy to transfer the case to the judicial district where it could have been properly brought. Accordingly, it is this 25th day of November 2006,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED

---

[1] The complaint reveals no authority that waives Arizona's immunity from suit in federal court as guaranteed by the Eleventh Amendment to the Constitution.

to the United States District Court for the District of Arizona. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

                                                                     *[signature]*
                                                 United States District Judge